UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D SUMMERS,

        Plaintiff,

v.

CLARK COUNTY JAIL, et al.,

        Defendant.

CASE NO. C13-5484 BHS-JRC

ORDER

The Court, having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Oregon defendants are dismissed from this action without prejudice because the Court lacks in personam jurisdiction over these parties. The defendants dismissed are: the Snake River Correctional Institution, Dr. Bristol, the Oregon State Penitentiary, Dr. Degner, Dana Fleener, Medical Director S. Sheldon, and the Oregon State Department of Corrections Health Services.

DATED this 14th day of November, 2013.

                                                BENJAMIN H. SETTLE
                                                United States District Judge